# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT Q. WOODS, | : | Civil No. 1:25-CV-00684 |
| Petitioner, | : | |
| v. | : | |
| J. GREENE, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 22nd day of October, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The petition, Doc. 1, is **DISMISSED**.

2. Petitioner's motion to expedite, Doc. 25, is **DENIED** as moot.

3. The Clerk of Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania